UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT SCALLI, | 03 cv 12414 NG |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | |
| CITIZENS FINANCIAL GROUP, INC., ) | |
| ) | |
| Defendant. ) | |

### CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3 of the United States District Court, District of Massachusetts, defendant Citizens Financial Group, Inc. ("CFG"), by its undersigned counsel, states as follows:

Parent Corporations of CFG:
None

Publicly Held Companies Owning More Than 10% of Touchcom's Stock:
None.

Citizens Mortgage Corporation is a wholly owned subsidiary of Citizens Bank of Rhode Island, a Rhode Island chartered bank.

Respectfully submitted,

CITIZENS FINANCIAL GROUP, INC.

By its attorneys,

_____
Bradford J. Smith (BBO# 550325)
Jeffrey S. Siegel (BBO# 647148)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA  02109
Telephone:    (617) 570-1000

Dated:  December 1, 2003

Certificate of Service

I hereby certify that a true copy of the above document was served upon the attorney(s) of record by  JSiegel  on December 1, 2003.  _____

2

LIBB/1220655.1