# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ROBERT SCALLI,**
    **Plaintiff,**

v.                                                         CIVIL ACTION NO.: 03CV-12414NG

**CITIZENS FINANCIAL GROUP, INC.**
    **Defendant.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## LOCAL RULE 7.1 CERTIFICATION

Counsel for Robert Scalli hereby certifies that he has conferred with counsel for Citizens Financial Group, Inc. and has attempted in good faith to resolve the issues raised in Plaintiff's Motion to Amend Complaint.

Dated: 1/8/04

Respectfully submitted,
The Plaintiff, Robert Scalli,
By his attorney,

Nicholas J. Di Mauro – BBO#564241
Law Offices of Nicholas J. Di Mauro
Corporate Place
111 South Bedford Street, Suite 208
Burlington, Massachusetts 01803
(781) 273-3801