# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

FILED
2004 JAN -8  P 3: 13
U.S. DISTRICT COURT
DISTRICT OF MASS.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ROBERT SCALLI,**
    **Plaintiff,**
v.                                                              **CIVIL ACTION NO.: 03CV-12414NG**

**CITIZENS FINANCIAL GROUP, INC.**
    **Defendant.**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATE OF SERVICE

I, Nicholas J. Di Mauro, hereby certify that on January 8, 2004 true copies of the foregoing pleadings were served by First Class Mail, Postage Prepaid upon the Defendant by causing copies of the same to be forwarded to:

> Jeffrey S. Siegel
> Goodwin Procter LLP
> Exchange Place
> Boston, MA  02109-2881

_____
Nicholas J. Di Mauro